# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

December 4, 2013

**VIA ECF & HAND DELIVERY**
Honorable Carol B. Amon
United States Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   **U.S.A. v. Barrientos-Perez, 11-CR-00199 (CBA)**

Dear Judge Amon:

I enclose letters and translations written to the Court on Barrientos' behalf by his neighbors and relatives. Although I am generally skeptical of the value of such endeavors, in this case it is worth noting that a number of the neighbors talk about Barrientos' involvement with his children, his daily taking them to school, his involvement with the school and community work on the school.

Yazmin, Barrientos' niece, writes about him raising her as a quasi parent as she was an orphan. Jimenez Guzman talks of Barrientos' work on the parents' committee for the school. Munoz Perez speaks of seeing Barrientos take the kids to school. Barrientos' wife, Mathilda, in her affidavit in support of extradition, wrote that she began working as a prostitute to pay medical expenses for the children. It is clear that Barrientos has been motivated throughout by family concerns. While neither an excuse nor a defense, this helps explain how Barrientos arrived in this Court.

Respectfully,

PETER KIRCHHEIMER
Attorney-in-Charge
(718) 330-1206

PK/bp/jkl

encl.

cc:   AUSA Taryn A. Merkl

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am Jose Gabino Barrientos Pérez´s niece; I lived with him from an early age.
He looked after me because I had no father.  He paid for my education and he helped me finish
elementary school and high school; after that I didn´t want to continue studying.
He, nevertheless, continued supporting me and during the time I lived with him I never saw him
being aggressive or violent with anyone.  He was always a calm and kind person.
For me, he was the best Dad.  That is why I feel sad at his present situation.  I know he pleaded
guilty but I still beg you to give him a fair sentence.

My name is Yazmin, I am 22 years old.  I work in a factory called CMT Costuras y Manufacturas
de Tlaxcala, fitting jeans.

Honorable Carol B. Amon
United states District Court
Eastern District of New York
 225 Cadman Plaza East
Brooklyn, New York 11201


   Yo soy sobrina Jose Gabino Barrientos Peréz
vivi con el desde muy nina el se iso cargo de mi
Porque yo no conte con Papa el se iso cargo de mis
estudios me ayudo a terminar la Primaria y secundaria
y por mi Propia voluntad yo ya no quise seguir
estudiando
sinembargo el sguio apoyandome y durante el tiempo
que yo vivi con el Jamas lo conoci agresivo ni violento
con nadie siempre fue una Persona tranquila y amable
Para mi fue el mejor Papa es poreso que me siento
triste en la situacion que el se encuentra, se que el
se declaro culpable sinembargo le Pido que le de
una condena Justa

           yo me llamo yazmin tengo 22 años
        trabajo en una fabrica llamada CMT
      Costuras y Manufacturas de Tlaxcala
       fitting Jeans

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Gabino Barrientos López is a very well known and respected person in this Municipality of
Tenancingo, Tlaxcala.
He is the father of two children called Ricardo and José Luis, both of them bearing the surnames
Barrientos Cruz, ages 10 and 8 respectively.
In 2010, he was a member of the parents's committee at "Estefanía Castañeda School"
(Kindergarten) and he was the President at that time.  Later, he was again a member of a parents'
committee, at "Benito Juárez Elementary School", located at 36 2nd Avenue, in the Second
Section of the Municipality of Tenancingo, Tlaxcala.  This time, he was the Vice-president and
he and the other members of the committee undertook the waterproofing of the school, as well as
other projects the School needed, always showing honesty, responsibility and respect towards the
other parents and the whole community.
We never heard of any trouble caused by him or any of his relatives who were always respectful
and quiet.  They used to organize soccer tournaments involving adults and children so as to
encourage sports and exercise, and they always acted respectfully towards them and the
community.

(Illegible signature)
José Dionicio Jiménez Guzmán

HONORABLE CAROL B. AMON
UNITED STATES DISTRIET COURT
EASTERA DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN. NEW YORK 11201.


GABINO BARRIENTOS LOPEZ, es una persona conocida y respetada por los habitantes de este Municipio de Tenancingo Tlaxcala, es padre de dos hijos de nombre RICARDO Y JOSE LUIS, ambos de apellidos BARRIENTOS CRUZ, de 10 y 8 años, en el año dos mil diez, formo parte del comité de padres de familia de la escuela (KINDER) ESTEFANIA CASTAÑEDA, ocupando el puesto de presidente en ese tiempo, posteriormente vuelve a formar parte del comité de padres de familia en la escuela primaria BENITO JUAREZ, ubicada en la avenida dos sur número 36 de la sección segunda, del Municipio de Tenancingo Tlaxcala, en ese periodo tuvo el cargo de vicepresidente, gestionaron junto con él y sus integrantes la impermeabilización de dicha escuela, así como esta labor realizo en las diferentes necesidades del plantel demostrando siempre el valor de la honestidad, responsabilidad y respeto para con los padres de familia y la sociedad, nunca supimos de problemas ocasionados por el o alguno de sus familiares ya que siempre se mostraban respetosos y tranquilos. Ya que ellos acostumbraban a realizar torneos de futbol, haciendo participar a adultos y niños fortaleciendo así al deporte y al ejercicio, comportándose siempre de una manera respetuosa para con ellos y la sociedad.


C. JOSE DIONICIO JIMENEZ GUZMAN.

July 14, 2013

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Mrs. Carol B. Amon,

My name is Trinidad Muñoz Pérez.  I know Mr. Gabino Varrientos Pérez.  I know they expect a
sentence, and I am just asking for what is fair for him.
I am writing these few lines about him.
I know that he made a mistake and that he has to pay for it but above all he was a good father,
one who used to take his children to school.
I have never seen him mistreating his two children or his wife.  I know he was respectful towards
others.  He never had a problem with anyone, and above all he is a good friend and a good father.

That is why I am asking and begging for what is fair for him.


(Illegible signature)
Trinidad Muñoz Pérez
I am a worker and my business is called Terry Textiles

14 - Junio 20__

Honorable Carol B. Amon
United States District Court.
Eastern District of New York.
225 Cadman Plaza East
Brooklyn. New York 11201


Sra. Carol B. Amon   Mi nombre es Trinidad
Muñoz Peréz Yo conozco al sr. Gabino Varrientos
Peréz Se que esperan una Sentecia solo pido lo
gusto para el le escribo unas pequeñas linias
Acerca del. Se que cometio un error g que tiene
que pagar pero antes que nada también fue un buen
padre llevava asus hijos ala escuela gamás lo
vi maltratar olos niños ni asu mujer se
que Fue respetuoso con la gente nunca tuvo
Problemas con nadie y antes que nada es
un buen amigo y padre. es poreso que le
ruego y pido lo gusto.

mi oficio es Obrero Trinidad Muñoz Peréz
mi empresa Se llama Tejidos Terry

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am Mr. Antonio Morales Ramírez, and I am writing these few lines for the Honorable Carol B. Amon about Mr. Gabino Barrientos Pérez.
When I met him he was father and mother to his two children.  He was a trustworthy and respectful person, a sincere man.
Although he made mistakes, I never saw him hurting anyone.
That is why I am asking for a fair sentence.

(Illegible signature)
Mr. Antonio Morales Ramírez
I am a construction worker and my business is called Angelopolis Construction Company

The Honorable J. Amon

United states District court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Yo el señor Antonio Morales Ramirez
Escribo unas pequeñas lineas dirigidas a la honorable
Carol B. Amon. Sobre el señor gabino Barrientos perez
yo lo conoci que era padre y madre para sus
2 hijos, era una persona confiable y respectosa
de caracter sincero y a pesar que tuvo errores jamas
vi lastimando a personas.
Es por eso que pido una condena justa.

Sr. Antonio Morales Ramirez mi oficio es albañil
mi empresa se llama construtora Angelopolis

_____
firma

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

My name is Ernesto Visoso Osorio.
This is to tell you that Mr. José Gavino Barrientos Pérez is a respectful and kind person with all
the neighbors; he is never disrespectful.  When asked for favors, he always lends a hand.
As neighbors, we all help one another with everything.  This is why I beg you to help him with
his case.
I can also tell you that José is a responsible worker and that he shares as much as he can.
I want you to please help him, and lend him a hand because he is father and mother to his
children who need him badly.
That is why we ask for what is fair for him.  All his family and neighbors will be very thankful.
May God bless you.
Thank you very much for your kindness.

Ernesto Visoso Osorio

Honorable Carol. B. amon
United states district court
Eastern District of New york
225 Caolman Plaza east
Brooklyn. new york 11201
Por medio de la precente le comunico que
El sr. Jose Gayino Barrientos perez es
una persona respetosa y amable contodos
los vecinos no falta al respeto nos hecha
la mano cuando cele pide favores
piensa en a tenterlos como vecinos quesomos nos Echamos la mano en todo por
eso le pido le Echen la mano entodo
su caso tanvien le comunico que don
Jose es responsable en los trabajo y
compare en todo lo que puede deceo que
le arude por favor y le eche la mano
mi nombre Ernesto visoso osorio por que
el es padre y madre ala ves y lo nesesita
mucho sus hijos poreso le pedimos la Justa
para el toda su familia y vesinos le vamos
estar muy agradesidos y que dios la
ventiga muchas gracias por todas sus
atensiones.

Ernesto Visoso osorio

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I, Mrs. Eufemia Romero García, hereby, state that I know Mr. José Gabino Barrietos Pérez well.
He is a respectful, hardworking and honest person.
We have been neighbors for a very long time.  There was never a problem with him; on the
contrary, we were very good neighbors.

Sincerely,

Eufemia Romero G.

Honorable Carol B. Amon
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Por Medio Del Presente Yo Sra. Eufemia Romero
Garcia Conosco Bien Al Sr. Jose Gabino Barrietos
Pérez, Como Una Persona Respetuosa y Trabajadora
Y Honrrado Como Vesinos Que Somos Desde
Ase Mucho Tiempo Nunca Hubo Ploblema Con
El Todo Lo Contrario Eramos Muy Buenos
Vecinos

A.T.T.E
Eufemia Barrietos

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am writing to tell you that I know José Gabino Barrientos Pérez because he is a resident of this
municipality and he participates in cultural events, and also because of the work I do, which is
the manufacturing of Carnival costumes.

Sincerely,

(Illegible signature)
Claudio Rojas Jiménez

G

Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Me dirijo a usted para decirle guesi Conosco a
Jose Gabino Barrientos Perez Como Ciudadano de
Este Municipio por Participar en Eventos Culturales
y por El Trabajo que yo Hago g es la Hechura de
los Trajes de Carnabal

H

Att. Claudio Rojas Jimenez

Re: <u>LETTER OF RECOMMENDATION</u>

To Whom it May Concern:

The undersigned Attorney at Law Estela García Barrientos, from the capital of the State of Tlaxcala, hereby, takes de liberty of recommending José Gabino Barrientos Pérez domiciled at Tercera Privada Ayuntamiento, No. 11, Second Sector, Municipality of Tenancingo, Tlaxcala, because the undersigned knows him very well, and he is honest, responsible, and capable of performing any activity assigned to him. He wants to better himself. I consider him to be a very talented person. I am pleased to issue this letter of recommendation.

Therefore, I issue this upon the request of the interested party, for all possible uses and legal purposes, in the State of Tlaxcala, on this 13rd day of August 2013.

Sincerely,

"Effective suffrage, No Reelection"

(Illegible signature)
Estela García Barrientos, Esq.
Professional ID 2954902

**ASUNTO:** <u>CARTA DE RECOMENDACIÓN.</u>

**A QUIEN CORRESPONDA:**

La que suscribe C. LICENCIADA EN DERECHO ESTELA GARCIA BARRIENTOS, de la Capital del Estado de Tlaxcala;  por medio del presente, y de la manera más atenta y respetuosa me permito en: **R E C O M E N D A R al C. JOSE GABINO BARRIENTOS PEREZ,** quien tiene su domicilio en Tercera Privada Ayuntamiento numero once de la Sección Segunda del Municipio de Tenancingo Tlaxcala; Por ser una persona bien conocida de la suscrita y además honesta, responsable, capaz para desempeñar toda actividad encomendada y con deseo de superación, a la que considero con grandes talentos. No existiendo inconveniente alguno en extenderle la presente:

## *CARTA DE RECOMENDACIÓN.*

Por lo que se expide la presente, a petición de la parte interesada, para los usos y efectos legales, que haya lugar dada en el Estado de Tlaxcala, a los trece días del mes de agosto del año dos mil trece.

A T E N T A M E N T E.
"SUFRAGIO EFECTIVO. NO REELECCIÓN"

Lic. ESTELA GARCIA BARRIENTOS
CED. PROF. 2954902

Re: LETTER OF RECOMMENDATION

To Whom it May Concern:

The undersigned Surgeon Sergio Guzmán Lara, from the capital of the State of Tlaxcala, hereby, takes de liberty of recommending José Gabino Barrientos Pérez domiciled at Tercera Privada Ayuntamiento, No. 11, Second Sector, Municipality of Tenancingo, Tlaxcala, because the undersigned knows him very well, and he is honest, responsible, and capable of performing any activity assigned to him. He wants to better himself. I consider him to be a very talented person. I am pleased to issue this letter of recommendation.

Therefore, I issue this upon the request of the interested party, for all possible uses and legal purposes, in the State of Tlaxcala, on this 13rd day of August 2013.

Sincerely,

"Effective suffrage, No Reelection"

(Illegible signature)

Sergio Guzmán Lara, M.D.
Professional ID 7454214

ASUNTO: CARTA DE RECOMENDACIÓN.

A QUIEN CORRESPONDA:

La que suscribe C. MEDICO CIRUJANO SERGIO GUZMAN LARA, de la Capital del Estado de Tlaxcala; por medio del presente, y de la manera más atenta y respetuosa me permito en:       R E C O M E N D A R al C. JOSE GABINO BARRIENTOS PEREZ, quien tiene su domicilio en Tercera Privada Ayuntamiento numero once de la  Sección Segunda del Municipio de Tenancingo Tlaxcala; Por ser una persona bien conocida de la suscrita y además honesta, responsable, capaz para desempeñar toda actividad encomendada y con deseo de superación, a la que considero con grandes talentos. No existiendo inconveniente alguno en extenderle la presente:

## CARTA DE RECOMENDACIÓN.

Por lo que se expide la presente, a petición de la parte interesada, para los usos y efectos legales, que haya lugar dada en el Estado de Tlaxcala, a  los trece días del mes de agosto del año dos mil trece.

A T E N T A M E N T E.
"SUFRAGIO EFECTIVO. NO REELECCIÓN"

Dr. SERGIO GUZMAN LARA
CED. PROF. 7454214