## CRIMINAL CAUSE FOR SENTENCING

Before: **AMON, Chief J.**   Date: **2/7/14**    Time: 10:25-11:45 and  Docket #: **CR11-00199**
12:2?-12:51

Defendant: Jose Barrientos-Perez- c      ATTORNEY: Peter Kirchheimer, FD

Court Reporter/ESR: Richard Barry      **AUSA: TarynMerkl**

Probation Officer: Victoria Aguilar      Interpreter: Selva Nebbia & Estrellita Plested
(James Hontoria - govt interpreter)

Pretrial Officer:      Deputy Clerk: **V. Holley**

-----------------------------------------------------------------

__✓_____ Case Called

_____ Sentencing adjourned to

__✓_____ Sentencing held

__✓_____ Statements of defendant and counsel heard

__✓_____ Defendant sentenced on counts ___3 + 12___
of the (Superseding) Indictment/Information

__✓_____ Remaining open counts dismissed: ( 1, 2, 4, 7-9, 12-14, 17 20+21, 24+25,
and underlying fnds )

_____ on Court's motion      _____ on Government's motion

__✓_____ Court advised defendant of right to appeal

_____ Clerk to file Notice of Appeal in forma pauperis for defendant

_____ Defendant remanded      _____ Defendant to remain on bail
pending determination of appeal

### FULL TEXT OF SENTENCE

Dft committed to custody of BOP for 121 mos on Count 3 & 120 mos on Count 12, to run
concurrent to Count 3 followed by 5 yrs s/r as to each Count to run concurrently.
Sp. conditions: 1) if deported, not to reenter the U.S. illegally; 2) comply w/sex offender
registration requirement mandated by law.
Fine waived.  Restitution Ordered (on Count 3)  in the amount of $96,000.00 Joint & Several

w/co-dft Lopez-Perez (payments $25 per mo while incarcerated, upon release 20% of income over 5 yr period of s/r).  Dft required to pay $100
s/a as to each Count, to run consecutively for a total of $200.00
Forfeiture Order ent'd.